UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WAFAA ELWAKIN, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2648** |
| **TARGET MEDIA PARTNERS OPERATING COMPANY, LLC** | **UNITED STATES MAGISTRATE JUDGE KAREN WELLS ROBY** |

**J U D G M E N T**

This matter having come before the Court for non-jury trial on consent of the parties pursuant to 28 U.S.C. § 636(c), for the reasons separately assigned in the Court's written opinion; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there is judgment in favor of the defendant, Target Media Partners Operating Company, LLC, and against the plaintiff, Wafaa Elwakil, dismissing with prejudice all of Elwakil's claims brought under 42 U.S.C. § 2000e *et seq.* with each party to bear its own costs.

New Orleans, Louisiana, this 4th day of June, 2013.

_____
**KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE**